UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA FONSECA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONS LENDING CORPORATION,<br><br>　　　　Defendant. | Case No. 20-cv-01723-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO DISMISS FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 10 |

　　　　The Court has reviewed Magistrate Judge Corley's Report and Recommendation to Dismiss for Failure to Prosecute. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

　　　　IT IS HEREBY ORDERED that this case is dismissed without prejudice. The Clerk is directed to close the file.

　　　　**IT IS SO ORDERED.**

Dated: December 28, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge